**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kenyata Audreen ROBY, Defendant–Appellant.**

**No. 02–6650.**

United States Court of Appeals, Fourth Circuit.

Submitted July 25, 2002.

Decided Aug. 1, 2002.

Kenyata Audreen Roby, Appellant Pro Se. Fernando Groene, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Kenyata Audreen Roby appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2002). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Roby,* Nos. CR–99–46; CA–02–7–4 (E.D.Va. Mar. 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*